FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY 25  A 11: 02

LORETTA G. W...

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LABORERS NATIONAL PENSION FUND | * | CIVIL ACTION |
| CARL F. BOOKER, BILL L. HARBERT, | * | |
| BILL L. HARBERT, JR., BRUCE HUGHES, | * | NO. 00-0340 |
| ARMAND E. SABITONI, MASON M. | * | |
| WARREN, J. TOM WHITE | * | |
| | * | SECTION: "B" |
| VERSUS | * | |
| | * | |
| BETTIE JEAN WILKINS | * | MAGISTRATE JUDGE 3 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT JUDGMENT

Plaintiff Laborers National Pension Fund and Defendant Bettie Jean Wilkins hereby enter into this Consent Judgment, to be entered as a final judgment between the parties in this matter:

**WHEREAS,** Plaintiff Laborers National Pension Fund is an employee pension benefit plan within the meaning of Section 3(2) of ERISA;

**WHEREAS,** Lemon Watkins, was an eligible Fund beneficiary receiving monthly retirement benefit payments at the time of his death on March 20, 1999;

**WHEREAS,** Bettie Jean Wilkins, as curatrix for Watkins, received monthly pension benefits erroneously intended for Watkins for May and June 1999 via electronic transfer;

**WHEREAS,** to date Bettie Jean Wilkins has repaid FORTY-FIVE DOLLARS and 62/100

DATE OF ENTRY
MAY 3 1 2000

($45.62) to Plaintiff to satisfy the outstanding debt;

**WHEREAS,** a balance of NINE HUNDRED FIFTY DOLLARS and 38/100's ($950.38) remains unpaid;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Plaintiff and that Defendant Bettie Jean Wilkins pay to Plaintiff Laborers National Pension Fund the amount of NINE HUNDRED FIFTY DOLLARS and 38/100's ($950.38), to be paid over the course of twenty-one (21) months at twelve percent (12%) interest, beginning April 14, 2000, through monthly payments of FIFTY DOLLARS and 40/100's ($50.40). See Exhibit "A." Payments shall be due on the fourteenth of each month.

Each party is to bear its own attorney's fees and costs.

**ORDERED** this ___30th___ day of ~~March~~ May, 2000, at New Orleans, Louisiana..

_____
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

| FOR PLAINTIFFS | FOR DEFENDANT |
|---|---|
| _____ | _____ |
| MARIA C. CANGEMI (Bar No. 20136) | BETTIE JEAN WILKINS |
| MICHAEL A. PIACSEK (Bar No. 29656) | 1010 Jackson Street |
| Post Office Box 6768 (70009-6768) | Westlake, Louisiana 70669-5228 |
| 2540 Severn Avenue, Suite 400 | |
| Metairie, Louisiana 70002 | |
| Telephone: (504) 885-9994 | |

X:\ROBIN\Mike\laborers nat'l pf\Pleadings\wilkins consent judgment.wpd-20820-08

## BETTIE JEAN WILKINS

Principal borrowed: $950.38
Annual Payments: 12
Total Payments: 21
Annual interest rate: 12.00%
Regular Payment amount: $50.40
Total Interest Paid: $108.02

| PAYMENT | PAYMENT AMOUNT | PRINCIPAL | INTEREST | CUM PRIN | CUM INT |
|---|---|---|---|---|---|
| April 15, 2000 | $50.40 | $40.90 | $9.50 | $40.90 | $9.50 |
| May 15, 2000 | $50.40 | $41.31 | $9.09 | $82.21 | $18.59 |
| June 15, 2000 | $50.40 | $41.72 | $8.68 | $123.93 | $27.27 |
| July 15, 2000 | $50.40 | $42.14 | $8.26 | $166.07 | $35.53 |
| August 15, 2000 | $50.40 | $42.56 | $7.84 | $208.63 | $43.37 |
| September 15, 2000 | $50.40 | $42.98 | $7.42 | $251.61 | $50.79 |
| October 15, 2000 | $50.40 | $43.41 | $6.99 | $295.02 | $57.78 |
| November 15, 2000 | $50.40 | $43.85 | $6.55 | $338.87 | $64.33 |
| December 15, 2000 | $50.40 | $44.28 | $6.12 | $383.15 | $70.45 |
| January 15, 2001 | $50.40 | $44.73 | $5.67 | $427.88 | $76.12 |
| February 15, 2001 | $50.40 | $45.17 | $5.23 | $473.05 | $81.35 |
| March 15, 2001 | $50.40 | $45.63 | $4.77 | $518.68 | $86.12 |
| April 15, 2001 | $50.40 | $46.08 | $4.32 | $564.76 | $90.44 |
| May 15, 2001 | $50.40 | $46.54 | $3.86 | $611.30 | $94.30 |
| June 15, 2001 | $50.40 | $47.01 | $3.39 | $658.31 | $97.69 |
| July 15, 2001 | $50.40 | $47.48 | $2.92 | $705.79 | $100.61 |
| August 15, 2001 | $50.40 | $47.95 | $2.45 | $753.74 | $103.06 |
| September 15, 2001 | $50.40 | $48.43 | $1.97 | $802.17 | $105.03 |
| October 15, 2001 | $50.40 | $48.92 | $1.48 | $851.09 | $106.51 |
| November 15, 2001 | $50.40 | $49.41 | $0.99 | $900.50 | $107.50 |
| December 15, 2001 | $50.40 | $49.88 | $0.50 | $950.38 | $108.00 |

